United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELOY JIOVANNI PEREZ ALCALA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-130 |
| | § | |
| BOBBY LUMPKIN, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (Civ. Dkt. No. 4) and Petitioner's objections thereto (Civ. Dkt. No. 13). The Court has conducted a *de novo* review of the record in this matter as it pertained to the specific objections raised by Petitioner, pursuant to 28 U.S.C. § 636(b)(1). After having reviewed the Report and Recommendation, Petitioner's objections, and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation are hereby adopted. The petition is **DENIED**, and this civil action is **DISMISSED**. A Certificate of Appealability is **DENIED**. The Clerk shall send a copy of this Order to the parties.

SO ORDERED March 31, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1