United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELOY JIOVANNI PEREZ ALCALA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-130 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (Civ. Dkt. No. 19) and Petitioner's objections thereto (Civ. Dkt. No. 24). The Court has conducted a *de novo* review of the record in this matter as it pertained to the specific objections raised by Petitioner, pursuant to 28 U.S.C. § 636(b)(1). After having reviewed the Report and Recommendation, Petitioner's objections, and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation are hereby adopted.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Petitioner's application to proceed in forma pauperis on appeal is **DENIED**, and the Court **CERTIFIES** that an appeal of this case would not be taken in good faith.

SO ORDERED June 22, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1